# IN THE SUPREME COURT OF THE STATE OF NEVADA

BAKARI MAURICE CURRY,
           Appellant,
        vs.
THE STATE OF NEVADA,
           Respondent.

No. 79329

**FILED**

SEP 0 6 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Joseph Hardy, Jr., Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on September 5, 2018. Appellant did not file the notice of appeal, however, until July 31, 2019, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. Joseph Hardy, Jr., District Judge
Bakari Maurice Curry
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk